# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 06-181 consolidated with 06-180


**ANDERSON EXPLORATION COMPANY, INC., ET AL.**

**VERSUS**

**DAVIS GULF COAST, INC.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-C-5110-D
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*

## J. DAVID PAINTER
## JUDGE
\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and J. David Painter, Judges.

**REVERSED AND RENDERED.**

**Robert L. Cabes**
**S. Joseph Dupuis, Jr.**
**Matthew A. Lynch**
**101 La Rue France, Ste. 200**
**Lafayette, LA  70505-1327**
**Attorneys for Defendant-Appellant:**
**Davis Gulf Coast, Inc.**

**Steven G. Durio**
**Robert L. Broussard**
**P.O. Box 51308**
**Lafayette, LA  70505-1308**
**Attorneys for Plaintiff-Appellee:**
**Anderson Exploration Co., Inc.**
**Attorneys for Intervenor-Appellee:**
**Ragin Rentals, Inc.**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Davis Gulf Coast, Inc. v. Anderson Exploration Co., Inc.*, 06-180 (La.App. 3 Cir. __/__/06), ___ So.2d ___, the judgment herein is reversed and judgment is rendered in favor of Davis Gulf Coast, Inc. Costs of this appeal are assessed to Anderson Exploration Co., Inc.

REVERSED AND RENDERED.

1